# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A GRAY JEEP CHEROKEE BEARING FL REG 24AUXR<br>AND NINE CELLULAR DEVICES<br>SEIZED ON MAY 3, 2024 | )<br>)<br>)  Case No. 24-mj-105-01-TSM<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
   See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:
   See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☒ evidence of a crime;
   ☒ contraband, fruits of crime, or other items illegally possessed;
   ☒ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1543 | False Use of a Passport |
| 18 U.S.C. §§1028(a)(1) & 1028A(a)(1) | Identity Fraud and Aggravated Identity Fraud |
| 18 U.S.C. §§1344, 1349 | Attempted Bank Fraud |

The application is based on these facts:
See attached Affidavit in Support of Application for Search Warrant of DSS Special Agent Brian R. Gundersen, attached hereto and incorporated herein.

   ☒ Continued on the attached sheet.
   ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brian R. Gundersen
*Applicant's signature*

Brian R. Gundersen, DSS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephonic Conference *(specify reliable electronic means)*.

Date: **May 13, 2024**

*Judge's signature*

City and state: **Concord, New Hampshire**    **Talesha L. Saint-Marc, US Magistrate Judge**
*Printed name and title*